TERRACE ELLIS, PLAINTIFF
1617 FOXWORTHY AVENUE
SAN JOSE, CA 95118
Telephone: (408) 621-6210
sunhomme@gmail.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRACE ELLIS** ) | Case No. cv-16-6437 HRL |
| ) | |
| Plaintiff, ) | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| ) | |
| v. ) | **VIOLATIONS OF FAIR CREDIT REPORTING ACT** |
| ) | *15 U.S.C §1681* |
| ) | |
| **ADVANTA, ADVANTA** ) | **Demand Exceeds $10,000.00** |
| **BANK, ADVANTA BUSINESS** ) | |
| **SERVICE, ADVANTA** ) | |
| **CREDIT CARDS, ADVANTA** ) | |
| **BANK/CARDWORKS,** ) | |
| **CARDWORKS INC.,** ) | |
| **CARDWORKS SERVICING,** ) | |
| **LLC., AND DOES 1-20** | |
| | |
| Defendants. | |

---

## PLAINTIFF'S COMPLAINT

Plaintiff alleges the following against Advanta, Advanta Bank, Advanta Business Service, Advanta Credit Cards, Advanta Bank/CardWorks, CardWorks Inc., CardWorks Servicing, LLC., and Does 1-20 (Defendants).

## INTRODUCTION

1. Plaintiff's Complaint is based on violations of *15 U.S.C §1681 et seq.* the Fair Credit Reporting Act (FCRA).

-1-

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

## JURISDICTION AND VENUE

2. The jurisdiction of this Court is conferred by *12 U.S.C. §2614; 15 U.S.C. §1681p; and 28 U.S.C.§1331.*

3. Venue is proper in this District pursuant to *28 U.S.C. §1391b.*

4. Defendants conduct business in the state of California, and therefore, personal jurisdiction is established.

## PARTIES

5. Plaintiff is a natural person residing in San Jose, Santa Clara County, California.

6. Plaintiff is a consumer as that term is defined by FCRA *15 U.S.C. §1681a* .

7. Defendants are *persons*, as that term is defined by *15 U.S.C. §1681a*, who furnish information to consumer reporting agencies pursuant to *15 U.S.C §1681s2.*

8. Defendants are national companies conducting business in California.

9. CardWorks, Inc. owns 100% equity in and manages CardWorks Servicing, LLC. CardWorks, Inc. and CardWorks Servicing, LLC. also appear to operate under the aliases "Advanta", "Advanta Bank", "Advanta Business Service", and "Advanta Credit Cards".

10. The principal executive officer of CardWorks, Inc. and CardWorks Servicing, LLC., is Donald M. Berman.  Each of these entities is located at 101 Crossways Park Drive Wst., Woodbury, New York 11797.

11. The true names and capacities, whether individual, corporate (including officers and directors thereof), associate or otherwise of Defendants sued herein as "Advanta, "Advanta Bank", "Advanta Business Service", "Advanta Credit Cards", and DOES 1 through 20, inclusive, are unknown to Plaintiff, who therefore sues these Defendants by such fictitious names. Plaintiff is informed and believes, and alleges that each Defendant designated as a DOE, "Advanta", "Advanta Bank", "Advanta Business Service",  and "Advanta Credit Cards" involved in or is in some manner responsible

-2-

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY

1   as a principal, beneficiary, agent, co-conspirator, joint venturer, alter ego, third party

2   beneficiary, or otherwise, for agreements, transactions, events and/or acts hereinafter

3   described, and thereby proximately caused injuries and damages to Plaintiff.  Plaintiff

4   requests that when the true names and capacities of these Defendants are

5   ascertained, they may be inserted in all subsequent proceedings, and that this action may

6   proceed against them under their true names.

7
                              **FACTUAL ALLEGATIONS**
8
9       12.  On or about July 2010, CardWorks, Inc., a third party bank card servicer and parent

10  company of CardWorks Servicing, LLC., was appointed as *successor servicer* to the Advanta

11  credit card trust by Deutche BankTrust Company Americas, with the consent and agreement of

12  the FDIC. This resulted in the closure of Advanta Bank and its associated entities.

13      13.  The Master Trust contained over 220,000 accounts.  Upon information and belief,

14  the account-at-issue which has never belonged to Plaintiff was among those 220,000 accounts.

15
16      14. In July 2014 Plaintiff noticed Defendants' reporting on her Transunion and Equifax

17  Credit reports.  She disputed this tradeline with the two consumer reporting agencies (as that

18  term is defined by *15 U.S.C. §1681a*) on the basis that this account was not hers.

19      15.  After the investigation, Defendants withdrew the inaccurate information from their

20  report to Transunion, but did not remove the inaccurate information from the Equifax

21  credit report.

22
23      16. Upon information and belief, Plaintiff alleges that Defendants did not conduct a

24  reasonable investigation following the July 2014 Transunion dispute, nor did they report the

25  results of the Transunion investigation to Equifax. Plaintiff discovered this violation in March

26  2016.

27      17.  Plaintiff sent a second dispute to Equifax and an initial dispute to Experian in

28
                                      -3-

                FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY

November 2014; however, Defendants continued reporting inaccurate tradelines on both these reports (Equifax and Experian) thru March 2016. Plaintiff discovered this violation in March 2016.

18. Upon information and belief, Plaintiff alleges that Defendants did not report the results of the Transunion investigation to Experian. Plaintiff discovered this violation in March 2016.

19. In addition, the furnishing entity information varied from report to report, reflecting as either "Advanta", "Advanta Bank", "Advanta Business Service", "Advanta Credit Cards", "Advanta Bank/CardWorks" or "CardWorks Servicing".

20. Upon information and belief, Plaintiff alleges that credit reporting tradelines furnished by "Advanta", "Advanta Bank", "Advanta Business Service", and "Advanta Credit Cards" were actually reported by either CardWorks Servicing, LLC., CardWorks, Inc., or Does 1-20. As Advanta Bank, in every form, closed its doors in 2010, it could neither furnish tradelines nor conduct/participate in any investigation of Plaintiff's dispute of this tradeline on her credit reports in 2014.

21. Alternatively, if a reasonable investigation into Plaintiff's dispute did occur, Plaintiff again avers that an accurate, clear and complete report of those results was not conveyed to each credit reporting agency.

22. Plaintiff, upon information and belief, alleges that pursuant to FCRA, Defendant CardWorks, Inc., is liable under the principle *Respondeat Superior* for the unlawful actions undertaken by its aliases "Advanta", "Advanta Bank" and "Advanta Credit Cards" and its subsidiary Defendant CardWorks Servicing, LLC., in that CardWorks, Inc. either relies on the revenue produced by CardWorks Servicing, LLC. and the aforementioned alter egos, or materially participates in their daily operations, or is responsible for the costs for most of their materials operations.

-4-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT 1

**DEFENDANTS VIOLATED THE FAIR CREDIT REPORTING ACT BY FAILING TO CONDUCT REASONABLE INVESTIGATION AND CONTINUING TO REPORT ERRONEOUS TRADELINE**

**Against Defendants Advanta, Advanta Bank, Advanta Business Service, Advanta Credit Cards, CardWorks, Inc. and CardWorks Servicing, LLC.**

23. Plaintiff re-alleges paragraphs 1-22 as though fully set forth herein.

24. Defendants' failed to conduct a reasonable investigation after Plaintiff disputed the tradelines with Equifax and Experian, and *willfully* continued reporting these inaccurate trade lines, constituting a violation of the Fair Credit Reporting Act (FCRA) *15 U.S.C. §1681s-2(b)*. This *willful* and unlawful reporting on Plaintiff's Equifax and Experian reports occurred monthly from April 2015 thru March 2016. Plaintiff discovered the violation in March 2016.

25. Defendant CardWorks, Inc., is not only liable for its own action of failing to conduct a reasonable investigation and continuing to report erroneous tradelines, but in its capacity as parent company of Defendant CardWorks Servicing, LLC., it is also and independently responsible for the actions of its subsidiary, CardWorks Servicing, LLC., under the principle *Respondeat Superior*. As CardWorks, Inc. is the primary beneficiary of revenue streams created by CardWorks Servicing, LLC., and is able to spread risk between it and CardWorks Servicing, LLC., it is separately liable for each of the violations under the FCRA cited above.

26. Defendant CardWorks, Inc., in its use of the fictitious alter egos "Advanta", "Advanta Bank", "Advanta Business Service",  and "Advanta Credit Cards" is also and independently liable for the actions of these fictitious entities under the principle *Respondeat Superior*.

## COUNT 2

**DEFENDANTS VIOLATED THE FAIR CREDIT REPORTING ACT BY FAILING TO CONVEY TO EACH CREDIT REPORTING AGENCY AN ACCURATE, CLEAR AND COMPLETE REPORT OF ITS INVESTIGATION**

-5-

**Against Defendants Advanta, Advanta Bank, Advanta Business Service, Advanta Credit Cards, CardWorks, Inc. and CardWorks Servicing, LLC.**

27. Plaintiff re-alleges paragraphs 1-26 as though fully set forth herein.

28. Defendants failed to convey to each credit reporting agency an accurate, clear and complete report of their findings following the July 2014 investigation involving the Transunion tradeline.

29. This failure to convey accurate, clear and complete findings to each credit reporting agency (e.g. Equifax and Experian) occurred from April 2015 thru March 2016. Plaintiff discovered this violation in March 2016.

30. Defendant CardWorks Inc., is not only liable for its action of failing to convey accurate, clear and complete findings of its Transunion investigation to Equifax and Experian in 2014, but in its capacity as parent company of Defendant CardWorks Servicing LLC., is also and independently responsible for the actions of CardWorks Servicing, LLC. under the principle *Respondeat Superior*. As CardWorks, Inc. is the primary beneficiary of revenue streams created by its subsidiary CardWorks Servicing LLC., and is able to spread risk between itself and CardWorks Servicing, LLC., CardWorks, Inc. is separately liable for each of the FCRA violations committed by CardWorks Servicing, LLC.

31. Defendant CardWorks, Inc., in its use of the fictitious alter egos "Advanta", "Advanta Bank", "Advanta Business Service", and "Advanta Credit Cards" is also and independently responsible for the actions of these fictitious entities under the principle *Respondeat Superior*.

### COUNT 3

**DEFENDANTS VIOLATED THE FAIR CREDIT REPORTING ACT BY FAILING TO NOTE ON THE CREDIT REPORT THE TRUE SOURCE FURNISHING THE INFORMATION**
**Against Defendants Advanta, Advanta Bank, Advanta Business Service, Advanta Credit Cards, CardWorks, Inc. and CardWorks Servicing, LLC.**

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY

32.  Plaintiff re-alleges paragraphs 1-31 as though fully set forth herein.

33.  Defendants reported on Plaintiff's Equifax and Experian credit reports as "Advanta",

"Advanta Bank", "Advanta Business Service", and "Advanta Credit Cards" from April 2015 thru

March 2016 despite the fact that Advanta (in every form) closed its doors in 2010.  Plaintiff

discovered this violation in March 2016.

34.  Defendant CardWorks, Inc., is not only liable for its action of failing to note on the credit

report the true source furnishing the information, but in its capacity as parent company of

Defendant CardWorks Servicing LLC., is also and independently liable for the actions of

CardWorks Servicing, LLC.  under the principle *Respondeat Superior*.  As CardWorks, Inc. is

the primary beneficiary of revenue streams created by CardWorks Servicing LLC, and is able to

spread risk between itself and CardWorks Servicing, LLC., it is separately liable for each of

CardWorks Servicing's  FCRA violations.

35.  Defendant CardWorks, Inc., in its use of the fictitious alter egos "Advanta", "Advanta

Bank", "Advanta Business Service", and "Advanta Credit Cards" is also and independently

liable for the  actions of "Advanta Bank" and "Advanta Credit Cards" under the principle

*Respondeat Superior.*

  **WHEREFORE,** Plaintiff respectfully requests that judgment be entered against Defendant

CardWorks, Inc., for its violative acts and, pursuant to *Respondeat Superior*, for the violative

acts of its subsidiary (CardWorks Servicing, LLC.) and the violative acts of its alter egos

("Advanta", "Advanta Bank", "Advanta Business Service", and "Advanta Credit Card") for

actual or statutory damages, punitive damages, attorney's fees and costs, pursuant to *15 U.S.C.*

*§1681n*, and for such other relief as the Court may deem just for each FCRA violation. Plaintiff

also requests that judgment be entered against the subsidiary, Defendant CardWorks Servicing,

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY

LLC. and each alter ego ("Advanta", "Advanta Bank", "Advanta Business Service", and "Advanta Credit Card") for each of their FCRA violations for actual or statutory damages, punitive damages, attorney's fees and costs, pursuant to *15 U.S.C. §1681n,* and for such other relief as the Court may deem just.

RESPECTFULLY SUBMITTED,

DATED:  November 30, 2016

By: _____ Terrace Ellis

-8-

FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY