1  Abraham J. Colman (SBN 146933)
   Email:   acolman@reedsmith.com
2  Raffi Kassabian    (SBN 260358)
   Email:   rkassabian@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071-1514
   Telephone: +1 213 457 8000
5  Facsimile: +1 213 457 8080

6  Le T. Duong (SBN 297662)
   Email:  lduong@reedsmith.com
7  REED SMITH LLP
   101 Second Street
8  Suite 1800
   San Francisco, CA  94105-3659
9  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269

11 Attorneys for Defendants
   CardWorks, Inc., CardWorks Servicing,
12 LLC, for itself and as appointed
   successor servicer for Advanta Bank
13 Corp. (erroneously sued as "Advanta
   Bank"; "Advanta Credit Cards"; and
14 "Advanta Bank/Cardworks")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TERRACE ELLIS, | Case No.: 5:16-cv-06437-HRL |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |
| ADVANTA BANK, ADVANTA CREDIT CARDS, ADVANTA BANK/CARDWORKS, CARDWORKS INC., CARDWORKS SERVICING, LLC, and DOES 1-20 | Compl. Filed:  November 3, 2016 |
| | Honorable Howard R. Lloyd |
| Defendants. | |

Pursuant to Fed. R. Civil P. 7.1, the undersigned, counsel of record for Defendants CardWorks, Inc. and CardWorks Servicing, LLC, for itself and as appointed successor servicer for Advanta Bank Corp. (erroneously sued as "Advanta Bank"; "Advanta Credit Cards"; and "Advanta Bank/Cardworks") provides this corporate disclosure statement as follows:

- CardWorks, Inc. is the parent company of CardWorks Servicing, LLC
- No publically held corporation owns 10% or more of its stock.

DATED: December 23, 2016

REED SMITH LLP

By: */s/ Raffi Kassabian*
Raffi Kassabian (SBN 260358)
Attorneys for Defendants
CardWorks, Inc., CardWorks Servicing, LLC, for itself and as appointed successor servicer for Advanta Bank Corp. (erroneously sued as "Advanta Bank"; "Advanta Credit Cards"; and "Advanta Bank/Cardworks")