Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Raffi Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Le T. Duong (SBN 297662)
Email:  lduong@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
CardWorks, Inc. and CardWorks Servicing, LLC, for itself and as appointed successor servicer for Advanta Bank Corp. (erroneously sued as "Advanta Bank"; "Advanta Credit Cards"; and "Advanta Bank/Cardworks")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRACE ELLIS,<br><br>           Plaintiff,<br><br>      v.<br><br>ADVANTA BANK, ADVANTA CREDIT CARDS, ADVANTA BANK/CARDWORKS, CARDWORKS INC., CARDWORKS SERVICING, LLC., AND DOES 1-20,<br><br>           Defendants. | Case No. 5:16-cv-06437-HRL<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>Compl. Filed:   November 3, 2016<br>FAC Filed:       December 1, 2016<br>SAC Filed:        May 16, 2017<br><br>Honorable Beth Labson Freeman |

This Joint Stipulation to Extend Time to Respond to Second Amended Complaint to June 13, 2017 is made by and between Plaintiff Terrace Ellis ("Plaintiff") and Defendants CardWorks, Inc. and CardWorks Servicing, LLC, for itself and as appointed successor servicer for Advanta Bank Corp. (erroneously sued as "Advanta Bank"; "Advanta Credit Cards"; and "Advanta Bank/Cardworks" (collectively, "Defendants") through their respective counsel pursuant to Local Rule 6-2, in light of the following facts:

## **RECITALS**

On November 3, 2016, Plaintiff filed the Complaint against Defendants.

On December 1, 2016, Plaintiff filed the First Amended Complaint against Defendants.

On December 23, 2016, Defendants filed a Motion to Dismiss the First Amended Complaint.

On April 24, 2017, the Court granted Defendants' Motion to Dismiss the First Amended Complaint in part and denied it in part with leave to amend, instructing Plaintiff to file any amended complaint on or before May 15, 2017.

On May 16, 2017, Plaintiff filed the Second Amended Complaint against Defendants.

Pursuant to Local rule 6-2, the parties agree to extend Defendants' time to respond to the Second Amended Complaint to Tuesday, June 13, 2017, in order to give Defendants time to investigate Plaintiff's claims and prepare a proper response, and for the parties to potentially reach a resolution of this matter.

The parties further agree to extend Plaintiff's time to file an opposition to any motion to Thursday, July 6, 2017.  Plaintiff filed a *Notice of Unavailability* on April 16, 2017 indicating that she would not be available beginning June 6, 2017 thru June 19, 2017.

The parties further agree to extend Defendants' time to file a response to any opposition to Friday, July 14, 2017.

– 2 –

1  There is good cause to extend Defendants' response deadline because
2  Defendants require additional time to investigate Plaintiff's allegations and prepare a
3  proper response, and the parties require additional time to consider a resolution of this
4  matter.

5  These changes in deadline will not alter the date of any event or any deadline
6  already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

7  THEREFORE, the parties stipulate as follows:

## STIPULATION

9  The deadline for Defendants to respond to the Second Amended Complaint
10 shall be continued to June 13, 2017.

11 The deadline for Plaintiff to respond to Defendants' motion shall be continued
12 to July 6, 2017.

13 The deadline for Defendants' to file a response to any opposition shall be
14 continued to July 14, 2017.

15 These changes in deadline will not alter the date of any event or any deadline
16 already fixed by the Court order, local rules, or the Federal Rules of Civil Procedure.

18 **IT IS SO STIPULATED.**

DATED: May 30, 2017

REED SMITH LLP

By: /s/ Terrace Ellis
    Terrace Ellis
    Plaintiff

DATED: May 30, 2017

REED SMITH LLP

By: /s/ Le T. Duong
    Abraham J. Colman (SBN 146933)
    Raffi Kassabian (SBN 260358)
    Le T. Duong (SBN 297662)
    Attorneys for Defendants
    CardWorks, Inc. and CardWorks Servicing, LLC, for itself and as appointed successor servicer for Advanta Bank Corp. (erroneously sued as "Advanta Bank"; "Advanta Credit Cards"; and "Advanta Bank/Cardworks")

**IT IS SO ORDERED.**

DATED: May 30, 2017

    Honorable Beth Labson Freeman
    UNITED STATES DISTRICT COURT JUDGE

– 3 –

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO SECOND
AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER