Craig C. Marchiando (SBN 283829)
Leonard A. Bennett, *pro hac vice forthcoming*
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 257-3450
craig@clalegal.com
lenbennett@clalegal.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **TERRACE ELLIS** | Case No. 5:16-cv-06437-HRL |
| **Plaintiff,** | |
| v. | **NOTICE OF SETTLEMENT** |
| **ADVANTA BANK, ADVANTA CREDIT CARDS, ADVANTA BANK/CARDWORKS, CARDWORKS, INC., CARDWORKS SERVICING, LLP, AND DOES 1–20** | Compl. Filed:  November 3, 2016<br>FAC Filed:    December 1, 2016<br>SAC Filed:    May 16, 2017 |
| **Defendants.** | Honorable Beth Labson Freeman |

Plaintiff Terrace Ellis, by Counsel, and Defendant Advanta Bank, Advanta Credit Cards, Advanta Bank/Cardworks, Cardworks, Inc., and Cardworks Servicing LLP hereby notify the Court that they have resolved Plaintiff's claims against both Defendants. So that they may paper their settlement and obtain the appropriate signatures, Plaintiff and Defendants request that the Court grant a stay of all pending deadlines, and permit them to file their formal stipulation of dismissal up to and including February 23, 2018.

Date: January 26, 2018

*/s/ Craig C. Marchiando*

Craig C. Marchiando (SBN 283829)
Leonard A. Bennett, *pro hac vice forthcoming*
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 257-3450
lenbennett@clalegal.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2018, I caused the foregoing document to be filed with the Clerk of Court's CM/ECF system, which automatically sent a notice of electronic filing to all Counsel of Record.

*/s/ Craig C. Marchiando*
Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 257-3450

***Attorney for Plaintiff***